# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| K.J., as NEXT FRIEND for K.D., a minor<br><br>Plaintiff,<br><br>v.<br><br>ST. JOSEPH SCHOOL DISTRICT, et al.<br><br>Defendants. | Case No. 5:18-cv-6113 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs K.J., individuallly and as Next Friend for K.D., a minor, and Defendants St. Joseph School District and Kim Siela (collectively, "Parties"), by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the *dismissal with prejudice* of this action, with each party to bear its own attorney's fees and costs.

Date: December 16, 2020

Jointly submitted,

| | |
|---|---|
| *s/ Rebecca M. Randles*<br>Rebecca M. Randles, MO #40149<br>RANDLES MATA, LLC<br>851 NW 45th Street<br>Suite 310<br>Kansas City, Missouri 64116<br>(816) 931-9901<br>(816) 931-0134 (FAX)<br>rebecca@randlesmatalaw.com<br><br>ATTORNEY FOR PLAINTIFFS | EDCOUNSEL, LLC<br>By: *s/ Ryan S. VanFleet*<br>J. Drew Marriott, MO #63059<br>dmarriott@edcounsel.law<br>Ryan S. VanFleet, MO #64210<br>rvanfleet@edcounsel.law<br>201 North Forest Ave., Ste. 200<br>Independence, Missouri 64050<br>(816) 252-9000<br>(816) 252-9009 (facsimile)<br><br>ATTORNEYS FOR DEFENDANTS |

BATY OTTO CORONADO

/s/ *Christopher L. Heigele*
Steven F. Coronado        MO 36392
Christopher L. Heigele    MO 45733
4600 Madison Ave., Ste. 210
Kansas City, Missouri  64112
Telephone:   (816) 531-7200
Facsimile:    (816) 531-7201
scoronado@batyotto.com
cheigele@batyotto.com

ATTORNEYS FOR DEFENDANTS