_____

No: 19-3568
_____

K.J., as Next Friend for K.D., a minor

Plaintiff - Appellee

v.

St. Joseph School District; Kim Siela, individually and as a Principal for St. Joseph School District

Defendants - Appellants

Michael Otto, individually and as a Principal for St. Joseph School District

Defendant

_____

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:18-cv-06113-SRB)

_____

**JUDGMENT**

The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 04, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans