# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3568

K.J., as Next Friend for K.D., a minor

Appellee

v.

St. Joseph School District and Kim Siela, individually and as a Principal for St. Joseph School District

Appellants

Michael Otto, individually and as a Principal for St. Joseph School District

_____

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:18-cv-06113-SRB)
_____

**MANDATE**

In accordance with the judgment of 01/04/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 04, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit